# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. LACV 19-01520-CJC-AGR                                   Date: March 21, 2019

Title: <u>MICHAEL MEENA V. CAMERON BLAU, *ET AL.*</u>

PRESENT:

### **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| <u>Gabriela Garcia</u> | <u>N/A</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING AS MOOT MOTION TO REMAND [Dkt. 9]**

 Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for April 8, 2019 at 1:30 p.m. is hereby vacated and off calendar.

 Before the Court is Defendants' motion to remand this action to Los Angeles County Superior Court. (Dkt. 9.) The Court remanded this action to Los Angeles County Superior Court on March 8, 2019, three days before Defendants filed the instant motion to remand. (*See* Dkt. 7 [Order Remanding Case to State Court].) Accordingly, Defendants' motion to remand is **DENIED AS MOOT**.


dn

MINUTES FORM 11
CIVIL-GEN                                                                                    Initials of Deputy Clerk GGA